

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,126-01

**EX PARTE PATARA LEE SANDERS, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. C-213-W011882-1514859-A IN THE 213TH DISTRICT COURT
### FROM TARRANT COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of aggravated robbery with a deadly weapon, to-wit: a firearm and sentenced to eight years' imprisonment. Applicant did not file a direct appeal. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

After a review of the record, we find that Applicant's claim that his parole eligibility date has been miscalculated is without merit. Therefore, we deny relief.

Applicant's remaining claim alleging he has been denied pre-sentence jail time credit is dismissed pursuant to *Ex parte Ybarra*, 149 S.W.3d 147, 148-149 (Tex. Crim. App. 2004).

Filed: January 27, 2021
Do not publish